STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
JESSICA L. BAGDANOV - Bar No. 281020
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   sgubner@ebg-law.com
         rburstein@ebg-law.com
         jbagdanov@ebg-law.com

Attorneys for David Seror, Plaintiff and Chapter 7 Trustee

FILED & ENTERED

JUL 01 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Fisher    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DIANA LOPEZ dba LTD INVESTMENTS, dba LTD ESCROW DIVISION,<br><br>        Debtor.<br><br>———<br><br>DAVID SEROR, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>vs.<br><br>DIANA LOPEZ, an individual,<br><br>        Defendant. | Case No. 1:11-bk-16307-MT<br><br>Chapter 7<br><br>Adv. Case No. 1:12-ap-01097-MT<br><br>**JUDGMENT**<br><br>Trial Dates:<br><br>Date:  November 7 & 10, 2014<br>Time:  9:00 a.m.<br>Place: Courtroom 302<br>        United States Bankruptcy Court<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

The Court having issued its Findings of Fact and Conclusions of Law Following Trial Re Chapter 7 Trustee's Complaint Objecting to Debtor's Discharge Under 11 U.S.C. § 727(a) [Doc. 103], with regard to the Complaint filed by David Seror, Chapter 7 Trustee ("Trustee"), against Defendant Diana Lopez ("Defendant") [Doc. 1], and good cause appearing therefor,

1

1336019

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is entered in favor of the Trustee as follows:

    a. Defendant is denied a discharge in her personal bankruptcy case pursuant to 11 U.S.C. §§ 727(a)(3) and (a)(4)(D) as a result of actions taken in her personal bankruptcy case, Bankr. Case No. 1:11-bk-16307-MT ("Lopez Bankruptcy").

    b. Defendant is denied a discharge in her bankruptcy case, the Lopez Bankruptcy, pursuant to 11 U.S.C. § 727(a)(3), (a)(4)(D), and (a)(5) as applied through 11 U.S.C. § 727(a)(7) as a result of actions taken by Defendant in connection with the bankruptcy case of L.D.T. Investments, Inc., Bankr. Case No. 1:11-bk-22664-MT ("LDT Bankruptcy").

2. Judgment is entered in favor of Defendant on the Trustee's remaining Claims for Relief, as follows: 11 U.S.C. § 727(a)(5) (as applied to Defendant's actions taken in connection with the Lopez Bankruptcy) and 11 U.S.C. § 727(a)(2) as applied through 11 U.S.C. § 727(a)(7) (as applied to Defendant's actions taken in connection with the LDT Bankruptcy).

3. The Trustee shall recover his costs of suit pursuant to Local Bankruptcy Rule 7054-1 and applicable law.

IT IS SO ORDERED.

###

Date: July 1, 2015

Maureen A. Tighe
United States Bankruptcy Judge

2

1336019